The Honorable Marsha J. Pechman



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH HOLMES and VICTORIA MCDONALD,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE, a municipal corporation; Seattle Police Officer CHRISTOPHER SNYDER and Seattle Police Officer ELLA ELIAS,<br><br>　　　　　　　Defendants. | No. C00-1808P<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

### I. **STIPULATION**

IT IS HEREBY STIPULATED by the parties herein, through their counsel of record, that the above-captioned matter has been fully resolved and that the parties hereby stipulate that all claims against all parties shall be dismissed with prejudice and without costs being taxed to any party, and do hereby request that the Court enter a judgment of dismissal with prejudice and without costs.

### II. **ORDER**

THIS MATTER having come on duly and regularly before the Honorable Marsha J. Pechman, United States District Court Judge, upon the written stipulation of the parties

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE - 1

**ORIGINAL**

STAFFORD FREY COOPER
*Professional Corporation*
A T T O R N E Y S
2500 Rainier Tower
1301 Fifth Avenue
Seattle, Washington 98101-2621
Telephone (206) 623-9900

Q:\CLIENTS\3000\000\3019\21559\FEDERAL PLEADINGS\STIP-ORDER OF DISMISSAL.DOC

hereto, by and through their counsel of record, and the Court having been fully advised in the premises,

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this matter is hereby dismissed with prejudice and without costs being taxed to any party.

DONE IN OPEN COURT this __13__ day of __July__, __2001__.

_____
Honorable Marsha Pechman
United States District Court Judge

Presented by:

STAFFORD FREY COOPER

By _____
Thomas D. Frey, WSBA # 1908
Tobin E. Dale, WSBA # 29595
Attorneys for Defendants

Copy received, stipulated to, approved for entry and notice of presentation waived.

LAW OFFICES OF LEMBHARD G. HOWELL

By _____
Lembhard G. Howell, WSBA # 133
Attorneys for Plaintiffs

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 2

STAFFORD FREY COOPER
―― Professional Corporation ――
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TELEPHONE (206) 623-9900

Q:\CLIENTS\3000\000\3019\21559\FEDERAL PLEADINGS\STIP-ORDER OF DISMISSAL.DOC